# EXHIBIT

# 9

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| DAKOTAS AND WESTERN MINNESOTA ELECTRICAL INDUSTRY HEALTH AND WELFARE FUND, and DAKOTAS AREAWIDE IBEW-NECA SAVINGS AND RETIREMENT PLAN, <br><br> Plaintiffs, <br><br> vs. <br><br> WIGGINS COMPUTING, LLC d/b/a WCT MIDWEST, an Illinois Limited Liability Company, <br><br> Defendant. | CASE NO.: 23-CV-50072 <br><br> JUDGE: LAIN D. JOHNSTON <br><br> MAGISTRATE JUDGE: LISA A. JENSEN |

## AFFIDAVIT OF ATTORNEYS' FEES AND COSTS

I, Karsyn M. Kratochvil hold the title of Associate Attorney at the law firm of Johnson & Krol, LLC. Being first duly sworn, on oath deposes and states that to the best of my knowledge, the following is an accurate statement as to the attorneys' fees and costs the Plaintiffs have incurred in the above-captioned matter:

| Date | Description | Min/Hrs/Rate | Amount |
|---|---|---|---|
| 1/26/2023-6/30/2023 | Fees & Costs | See Exhibit A | $11,487.00 |
| **Total (Actual)** | | | $11,487.00 |
| *Anticipated Attorney's Fees* | | | |
| *E-file Motion and Exhibit* | | *0:30 / $230.00* | *$115.00* |
| **GRAND TOTAL** | | | **$11,602.00** |

Subscribed and sworn
Before me this ___11___ day of
July 2023.

_____
Notary Public

OFFICIAL SEAL
MEGAN EICKER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 11/17/2026

Further, the affiant sayeth not.

_____
Ms. Karsyn M. Kratochvil

Page 1 of 16

| Date | User | Matter Number | Work Type | Description | Billable | Rate | Total |
|---|---|---|---|---|---|---|---|
| 1/26/23 | Jeffrey Krol | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Receipt/review | Receipt and review of email and other documents from Jackson; review of CBA; research company; prepare statement of account; emails w/ Jackson; open file and update file | 0.67 | $295.00 | $196.67 |
| 1/27/23 | Jeffrey Krol | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Receipt/review | Receipt and review of additional documents from FO; prepare statement of account; email w/ KMK re: demand | 0.42 | $295.00 | $122.92 |
| 1/30/23 | Jeffrey Krol | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Review/revise | Review and revise demand letter | 0.17 | $295.00 | $49.17 |
| 1/30/23 | Karsyn Kratochvil | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Prepare | Prepare demand letter and send out demand letter; update file | 1.00 | $230.00 | $230.00 |
| 1/31/23 | Karsyn Kratochvil | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Email correspondence | Email from employer re: demand letter; email w/JAK re: same | 0.17 | $230.00 | $38.33 |
| 2/1/23 | Karsyn Kratochvil | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Email correspondence | Email w/ FO re: payment by employer | 0.17 | $230.00 | $38.33 |

| Date | Name | Matter | Type | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 2/7/23 | Karsyn Kratochvil | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Email correspondence | Emails w/ FO and JAK re: payment by employer and amounts owed by employer; email w/ JAK re: how to proceed | 0.33 | $230.00 | $76.67 |
| 2/9/23 | Karsyn Kratochvil | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Email correspondence | Email w/ employer re: contributions owed and update file; call w/ employer re: amounts owed | 0.33 | $230.00 | $76.67 |
| 2/13/23 | Jeffrey Krol | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Email correspondence | Emails w/ DRJ and KMK; review of emails from FO; prepare statement of account | 0.25 | $295.00 | $73.75 |
| 2/13/23 | Karsyn Kratochvil | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Conference | Calls w/ employer re: payment; email JAK re: same; review file; update file emails w/ FO, DRJ and JAK | 0.50 | $230.00 | $115.00 |
| 2/14/23 | Karsyn Kratochvil | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Email correspondence | Emails w/ DRJ, JAK, FO re: payment by employer; call w/ employer | 0.33 | $230.00 | $76.67 |
| 2/15/23 | Karsyn Kratochvil | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Email correspondence | Email w/ JAK re: additional LDs owed | 0.17 | $230.00 | $38.33 |
| 2/15/23 | Karsyn Kratochvil | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Email correspondence | Email w/ FO, employer, JAK re: employer's payment; call w/ employer re: same; update file | 0.67 | $230.00 | $153.33 |

| Date | Name | Matter | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 2/20/23 | Karsyn Kratochvil | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Email correspondence | Email w/ JAK and FO re: payment | 0.17 | $230.00 | $38.33 |
| 2/21/23 | Karsyn Kratochvil | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Email correspondence | Emails w/ JAK re: payment by employer; emails w/ FO re: payment; emails w/ JAK re: complaint | 0.33 | $230.00 | $76.67 |
| 2/21/23 | Jeffrey Krol | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Receipt of correspondence | Receipt of email from FO and KMK; email w/ DRJ; email w/ KMK | 0.17 | $295.00 | $49.17 |
| 2/22/23 | Karsyn Kratochvil | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Prepare | Prepare demand letter | 0.83 | $230.00 | $191.67 |
| 2/24/23 | Karsyn Kratochvil | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Email correspondence | Email from FO re: status of payment by employer | 0.17 | $230.00 | $38.33 |
| 3/2/23 | Jeffrey Krol | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Review/revise | Review and revise compalint | 0.42 | $295.00 | $122.92 |
| 3/2/23 | Karsyn Kratochvil | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Email correspondence | Email w/ JAK re: amounts owed by employer and complaint; review and revise complaint; prepare complaint; receipt of email from FO | 2.50 | $230.00 | $575.00 |

| Date | Name | Matter | Type | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| 3/3/23 | Karsyn Kratochvil | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Review | Review complaint; prepare initial filing documents; file complaint and initial filing documents; update file | 2.50 | $230.00 | $575.00 |
| 3/3/23 | Liliana Sanchez | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Cost | Court Filing Fee - Complaint paid to US Courts (Receipt No. AILNDC-20406606) | | | $402.00 |
| 3/6/23 | Karsyn Kratochvil | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Review | Review Local 3.2 Disclosure and file; review and email summons to be issued; update file w/ court's minute entries; email LMS re: serving complaint and summons; update file | 1.00 | $230.00 | $230.00 |
| 3/7/23 | Liliana Sanchez | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Email correspondence | Email to Judicial re: service of process request | 0.17 | $160.00 | $26.67 |
| 3/14/23 | Karsyn Kratochvil | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Email correspondence | Email from employer re: updated amounts owed; update file; prepare summary of account | 0.33 | $230.00 | $76.67 |
| 3/15/23 | Karsyn Kratochvil | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Receipt of correspondence | Receipt of email from LMS re: service | 0.17 | $230.00 | $38.33 |
| 3/15/23 | Liliana Sanchez | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Receipt/review | Receipt/review service attempt update from Judicial and affidavit of non-service; email to KMK re: same | 0.25 | $160.00 | $40.00 |

| 3/16/23 | Karsyn Kratochvil | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Discuss | Discuss w/ JAK re: status of service; update file; email LMS re: service | 0.17 | $230.00 | $38.33 |
|---|---|---|---|---|---|---|---|
| 3/16/23 | Liliana Sanchez | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Request | Email to Judicial re: new service address request | 0.17 | $160.00 | $26.67 |
| 3/24/23 | Karsyn Kratochvil | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Email correspondence | Emails w/ LMS re: service of employer | 0.17 | $230.00 | $38.33 |
| 3/24/23 | Liliana Sanchez | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Receipt/review | Receipt/review service attempt update from Judicial; email to KMK re: same | 0.17 | $160.00 | $26.67 |
| 3/27/23 | Karsyn Kratochvil | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Research | Research employer's address re: service of complaint | 0.33 | $230.00 | $76.67 |
| 3/28/23 | Karsyn Kratochvil | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Email correspondence | Email JAK re: service of employer | 0.17 | $230.00 | $38.33 |
| 3/28/23 | Liliana Sanchez | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Email correspondence | Emails W/ KMK re: Affidavit of Non-Service | 0.17 | $160.00 | $26.67 |

| Date | Name | Matter | Type | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 3/29/23 | Liliana Sanchez | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Cost | Fee for Process Service paid to Judicial Attorney Services and printing fee (Invoice #289856) | | | $145.60 |
| 3/30/23 | Karsyn Kratochvil | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Email correspondence | Email w/ FO re: status of lawsuit | 0.17 | $230.00 | $38.33 |
| 4/3/23 | Karsyn Kratochvil | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Email correspondence | Email w/ JAK re: service of employer | 0.17 | $230.00 | $38.33 |
| 4/3/23 | Jeffrey Krol | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Email correspondence | Emails w/ KMK re: service of process; review of prior service attempts and file | 0.17 | $295.00 | $49.17 |
| 4/4/23 | Karsyn Kratochvil | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Receipt of correspondence | Receipt of email from LMS re: service of employer | 0.17 | $230.00 | $38.33 |
| 4/4/23 | Liliana Sanchez | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Email correspondence | Email to Judicial re: second attempt at service of process request | 0.17 | $160.00 | $26.67 |
| 4/12/23 | Karsyn Kratochvil | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Update | Update collection report | 0.50 | $230.00 | $115.00 |

| 4/13/23 | Karsyn Kratochvil | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Email correspondence | Email w/ JAK and FO re: updated statement of account | 0.17 | $230.00 | $38.33 |
|---|---|---|---|---|---|---|---|
| 4/17/23 | Liliana Sanchez | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Follow up | Follow up w/ Judicial re: service update | 0.17 | $170.00 | $28.33 |
| 4/17/23 | Karsyn Kratochvil | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Email correspondence | Email FO re: statement of account; update statement of account and file; email w/ LMS and JAK re: service | 0.50 | $240.00 | $120.00 |
| 4/20/23 | Karsyn Kratochvil | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Receipt of correspondence | Receipt of email rom LMS re: service | 0.17 | $240.00 | $40.00 |
| 4/20/23 | Liliana Sanchez | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Receipt/review | Receipt/review certificate of service; email to KMK re: same | 0.17 | $170.00 | $28.33 |
| 4/21/23 | Karsyn Kratochvil | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Email correspondence | Email JAK re: service of complaint | 0.17 | $240.00 | $40.00 |
| 4/24/23 | Karsyn Kratochvil | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Review | Review and file summons returned executed; update file | 0.33 | $240.00 | $80.00 |

| Date | Name | Matter | Type | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 4/25/23 | Karsyn Kratochvil | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Email correspondence | Email and call w/ atty re: lawsuit; discuss and email w/ JAK re: same ; update file | 0.33 | $240.00 | $80.00 |
| 4/25/23 | Jeffrey Krol | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Review | Review of email from 704's attorney; discuss w/ KMK | 0.17 | $310.00 | $51.67 |
| 4/27/23 | Karsyn Kratochvil | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Email correspondence | Emails w/ employer re: call; email w/ atty re: complaint; review JAK email | 0.33 | $240.00 | $80.00 |
| 5/1/23 | Dennis Johnson | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Email correspondence | Emails with Tom Emerson; rev CBA; review bonding policy | 0.50 | $325.00 | $162.50 |
| 5/1/23 | Jeffrey Krol | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Review | Review of CBA provisions; emails and texts w/ DRJ | 0.33 | $310.00 | $103.33 |
| 5/1/23 | Karsyn Kratochvil | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Prepare | Prepare status report; email w/ employer re; call; review docket report | 0.67 | $240.00 | $160.80 |
| 5/1/23 | Liliana Sanchez | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Cost | Fee for Process Service paid to Judicial Attorney Services - 3rd Attempt (Invoice #291208) | | | $139.00 |

| Date | Name | Matter | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 5/1/23 | Liliana Sanchez | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Cost | Fee for Process Service paid to Judicial Attorney Services - 2nd Attempt (Invoice #291207) | | | $125.00 |
| 5/2/23 | Karsyn Kratochvil | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Prepare | Prepare statement of account; email w/ JAK re: call; call w/ employer; email JAK re: same ; review file; follow up w/ JAK | 1.33 | $240.00 | $320.00 |
| 5/3/23 | Karsyn Kratochvil | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Discuss | Discuss and email w/ JAK re status report review court rules, file court and update file; review and revise statement of accounts; email employer re: same | 0.67 | $240.00 | $160.00 |
| 5/3/23 | Jeffrey Krol | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Conference | Conference w/ KMK; review of emails and report; review and revise status report | 0.33 | $310.00 | $103.33 |
| 5/12/23 | Karsyn Kratochvil | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Follow up | Follow up w/ JAK re: motion for default | 0.17 | $240.00 | $40.00 |
| 5/15/23 | Karsyn Kratochvil | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Email correspondence | Email from JAK re; motion for default and amounts owed by employer review file and follow up w/ FO; review court rules | 0.50 | $240.00 | $120.00 |
| 5/15/23 | Jeffrey Krol | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Email correspondence | Emails w/ KMK re: employer status and answer deadline | 0.17 | $310.00 | $51.67 |

| Date | Name | Matter | Type | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 5/16/23 | Karsyn Kratochvil | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Email correspondence | Email from employer re: payment and atty; call w/ JAK re: motion and amounts owed; review judge's website | 0.50 | $240.00 | $120.00 |
| 5/17/23 | Jeffrey Krol | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Email correspondence | Emails w/ KMK re: motion and next steps; review of email from Emerson | 0.17 | $310.00 | $51.67 |
| 5/17/23 | Karsyn Kratochvil | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Email correspondence | Email from FO re: amounts owed by employer; review file and court rules; prepare motion for default; emails w/ JAK and bond re: bond; prepare recommendation for Trustees | 1.17 | $240.00 | $280.00 |
| 5/18/23 | Jeffrey Krol | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | T/C | T/C Emerson; review of statement of account; email to Emerson | 0.25 | $310.00 | $77.50 |
| 5/18/23 | Kelley Robinson | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Review | Review recommendation re: bond; discuss w/ JAK | 0.17 | $290.00 | $48.33 |
| 5/23/23 | Karsyn Kratochvil | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Email correspondence | Emails from JAK re bond and email from employer re: payment; follow up w/ FO re payment; prepare motion and exhibits; review court rules | 1.00 | $240.00 | $240.00 |
| 5/24/23 | Karsyn Kratochvil | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Review | Review/ revise motion and exhibits; emails w/ JAK/ FO bond and payment by employer | 1.50 | $240.00 | $360.00 |

| Date | Name | Matter | Type | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 5/24/23 | Karsyn Kratochvil | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Email correspondence | Email from FO re payments | 0.17 | $240.00 | $40.00 |
| 5/25/23 | Jeffrey Krol | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Review/revise | Review and revise motion for entry of default, proposed order and affidavit; review of judge's rules; emails w/ KMK | 0.42 | $310.00 | $129.17 |
| 5/25/23 | Karsyn Kratochvil | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Email correspondence | Email w/ JAK re: bond and motion; prepare notice of motion | 0.33 | $240.00 | $80.00 |
| 5/26/23 | Karsyn Kratochvil | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Prepare | Prepare notice of motion; email w/ JAK re: same; call court re: motion rules | 0.50 | $240.00 | $120.00 |
| 5/30/23 | Karsyn Kratochvil | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Receipt of correspondence | Receipt of email from FO re: payment by employer; follow up w/ court clerk re: motion rules; email JAK re: same; prepare bond letter | 0.67 | $240.00 | $160.00 |
| 5/31/23 | Karsyn Kratochvil | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Email correspondence | Email w/ JAK re: motion filing; call court re: motion rules; review court rules; review/revise motion and exhibits; prepare certificate of service; prepare bond claim; prepare status report | 1.33 | $240.00 | $320.00 |
| 6/1/23 | Karsyn Kratochvil | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Review/revise | Review/ revise motion; call w/ court clerks and review rules; email w/ court re: proposed order; update file w/ motion; call w/ owner re: motion and | 1.00 | $240.00 | $240.00 |

| Date | Name | Matter | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| | | | | amounts paid by employer; email w/ JAK; review file for banking information | | | |
| 6/2/23 | Karsyn Kratochvil | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Receipt of correspondence | Receipt of court's minute entry; prepare bond claim; review file; file status report; email w/ JAK re: bond claim and status report; follow up w/ FO re: employer's payment | 0.67 | $240.00 | $160.00 |
| 6/5/23 | Karsyn Kratochvil | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Email correspondence | Email w/ owner and FO re: payment; research new company | 0.50 | $240.00 | $120.00 |
| 6/5/23 | Jeffrey Krol | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Email correspondence | Emails from contractor; emails w/ KMK; review of Porter Bros. name | 0.17 | $310.00 | $51.67 |
| 6/6/23 | Karsyn Kratochvil | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Follow up | Follow up w/ JAK re: bond claim | 0.17 | $240.00 | $40.00 |
| 6/7/23 | Karsyn Kratochvil | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Follow up | Follow up w/ employer re: bank wire; follow up JAK re: bond claim | 0.17 | $240.00 | $40.00 |
| 6/8/23 | Karsyn Kratochvil | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Email correspondence | Email w/ JAK re: bond claim and motion response; email from FO re: bond | 0.17 | $240.00 | $40.00 |

| Date | Name | Matter | Type | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 6/9/23 | Jeffrey Krol | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Review/revise | Review and revise claim letter; t/c w/ Emerson; emails w/ KMK | 0.50 | $310.00 | $155.00 |
| 6/9/23 | Karsyn Kratochvil | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Review/revise | Review/revise bond claim and send out; update file | 0.83 | $240.00 | $200.00 |
| 6/12/23 | Karsyn Kratochvil | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Email correspondence | Email JAK re: motion for default judgment; research owner's new company | 0.50 | $240.00 | $120.00 |
| 6/13/23 | Karsyn Kratochvil | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Email correspondence | Email JAK re: research on company; review research | 0.33 | $240.00 | $80.00 |
| 6/14/23 | Karsyn Kratochvil | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Email correspondence | Email from JAK re: motion for default judgment; prepare motion | 1.17 | $240.00 | $280.00 |
| 6/15/23 | Karsyn Kratochvil | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Prepare | Prepare motion for default judgement and exhibits and proposed oder; email from court re: hearing on motion; discuss motion and hearing w/ JAK | 1.50 | $240.00 | $360.00 |
| 6/16/23 | Karsyn Kratochvil | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Review | Review/ revise motion and exhibits | 0.33 | $240.00 | $80.00 |

| Date | Name | Matter | Action | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 6/19/23 | Karsyn Kratochvil | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Review/revise | Review/revise motion and email JAK re: motion and bond claim | 0.67 | $240.00 | $160.00 |
| 6/20/23 | Karsyn Kratochvil | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Email correspondence | Email w/ employer re: hearing; discuss hearing w/ WMB; research company sos report; email w/ JAK re: same; email from surety company; forward email from surety to JAK | 0.33 | $240.00 | $80.00 |
| 6/21/23 | Karsyn Kratochvil | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Research | Research company and new owner | 0.17 | $240.00 | $40.00 |
| 6/23/23 | Karsyn Kratochvil | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Email correspondence | Email from employer re: payment | 0.17 | $240.00 | $40.00 |
| 6/26/23 | Jeffrey Krol | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Email correspondence | Emails w/ Local 265; conference w/ KMK re: hearing and next steps | 0.17 | $310.00 | $51.67 |
| 6/26/23 | Karsyn Kratochvil | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Prepare | Prepare for haring; attend hearing discuss w/ JAK; review file; emails w/ FO and JAK re bond claim and employer's payment | 1.00 | $240.00 | $240.00 |
| 6/28/23 | Karsyn Kratochvil | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Email correspondence | Email from FO re: payment by employer; review/ revise motion | 0.50 | $240.00 | $120.00 |

| Date | Name | Matter | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 6/29/23 | Karsyn Kratochvil | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Revise | Revise statement of account, email w/ FO and JAK | 0.67 | $240.00 | $160.00 |
| 6/30/23 | Karsyn Kratochvil | Dakotas Welfare-Wiggins Computing, LLC d/b/a WCT Midwest-Collection/Litigation | Email correspondence | Email w/ FO re: statement of account | 0.17 | $240.00 | $40.00 |
| **TOTAL** | | | | | | | **$11,487.00** |