IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| Dakotas and Western Minnesota Electrical Industry Health and Welfare Fund et al.<br>    Plaintiffs,<br><br>  v.<br><br><br>Wiggins Computing, LLC,<br><br>    Defendant. | Case No. 23 CV 50072<br><br>Hon. Iain D. Johnston |

## ORDER ADOPTING REPORT AND RECOMMENDATION

  On 7/24/2023 Judge Jensen recommended that this Court grant the plaintiff's motion for a default judgment and enter judgment in the amount of $13,899.59. Dkt. 24. According to the recommendation, the defendant's co-owner and managing member was served on 4/17/2023, but the defendant never appeared. The Clerk entered an order of default on 6/26/2023. Dkt. 17. Notice of the proceedings, the motion for a default judgment, and the entry of Judge Jensen's recommendation were provided to the defendant, but to date the defendant has not objected. The motion for a default judgment attaches documents including a certification and an affidavit substantiating the damages including attorneys' fees sought which Judge Jensen determined were reasonable. In the absence of any objection, the Court accepts Judge Jensen's recommendation [24], grants the motion for a default judgment [19]. The judgment will enter separately. Civil case terminated.

Date: August 8, 2023

                        _____
                        Iain D. Johnston
                        United States District Judge